# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    VS                                                   CASE NO. 4:01mj33-WCS

JOHNSON CUFFY,

## REFERRAL AND ORDER

The motion/pleading was filed by plaintiff on 12/20/2005 (document #10), and referred to Magistrate Judge William C. Sherrill on 12/20/2005.

Summary of motion/pleading: REQUEST FOR RELEASE OF UNSECURED PERSONAL RECOGNIZANCE BOND

                                                                    WILLIAM M. MCCOOL, CLERK OF COURT

                                                                    s/ Angela Maxwell
                                                                    DEPUTY CLERK

---

## ORDER OF COURT

Upon consideration of the foregoing, it is ORDERED this 20th day of December, 2005, the requested relief is **GRANTED.**

                                                                   S/ William C. Sherrill
                                                          UNITED STATES MAGISTRATE JUDGE